[No. 18681-1-II.    Division Two.    October 11, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. IKENASIO NIKOLAO KELEKOLIO, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-00026-0, Frederick B. Hayes, J., entered September 20, 1994. *Reversed* by unpublished opinion per Turner, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 18796-5-II.    Division Two.    October 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ALLEN ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00271-3, James E.F.X. Warme, J., entered October 21, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 18850-3-II.    Division Two.    October 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CORAL A. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 93-1-00203-3, James B. Sawyer II, J., entered August 25, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Bridgewater, J.

[No. 19011-7-II.    Division Two.    October 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BIEN VAN NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-00715-7, Barbara D. Johnson, J., entered December 21, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Bridgewater, J.